IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JON STEVENS,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**TERESA SCHWARTZ,**<br><br>                                    Respondent. | CIV S-04-2124 MCE GGH P<br><br>**[PROPOSED] ORDER** |

Respondent has filed a third extension of time to file and serve a response to the petition by April 8, 2005, pursuant to the Court's order of March 17, 2005.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's April 7, 2005, third request for an extension of time is granted;

2. Respondent shall file and serve an answer to the petition on or before May 8, 2005. Petitioner's reply, if any, shall be filed thirty days thereafter.

3. No further extensions of time will be granted.

Dated:  5/16/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

stev2124.eot05

1