1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JON STEVENS,

11           Petitioner,                        No. CIV S-04-2124 MCE GGH P

12        vs.

13   TERESA SCHWARTZ, Warden,

14           Respondent.                        ORDER
                                        /

15

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks a "stay" of thirty days, averring

18   that he has been in transport and out-to-court on a civil matter in Placer County Superior Court,

19   has not yet received respondent's answer, and apparently intends to file a reply.  See, Request

20   filed on June 3, 2005.

21           A stay being inappropriate in these circumstances, the court will, instead construe

22   petitioner's request as one for an extension of time and will grant petitioner a sixty-day extension

23   of time to file his reply.  This extension should be adequate for petitioner to receive respondent's

24   answer and for petitioner, thereafter, to compose, file and serve his reply.

25           Accordingly, IT IS ORDERED that:

26           1. Petitioner's June 3, 2005 request for a "stay" is construed as a request for an

                                        1

1  extension of time and, as such, is granted;

2          2. Petitioner is granted sixty days from the date of this order in which to file and

3  serve a reply;

4          3. On this occasion only, because petitioner is not sure of his location in the

5  immediate future, the Clerk of the Court is directed to serve him **both** at his address of record at

6  CMF-Vacaville <u>and</u> at DVI/ P.O. Box 600/ Tracy, CA  95378.

7  DATED:   6/10/05

8

9                                            /s/ Gregory G. Hollows

10                                           GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE
11

12

13  ggh:009
    stev2124.eot
14

15

16

17

18

19

20

21

22

23

24

25

26