IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON STEVENS,

    Petitioner,               No. CIV S-04-2124 MCE GGH P

    vs.

TERESA SCHWARTZ, Warden,

    Respondent.            ORDER

_____/

        On October 24, 2005, petitioner requested an extension of time to file and serve a traverse. On November 1, 2005, petitioner filed his traverse.

        Accordingly IT IS HEREBY ORDERED that petitioner's request for an extension until November 22, 2005 is denied as moot and his November 1, 2005 traverse is deemed timely.

DATED: 12/12/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
stev2124.111t